IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Todd and Stacey Myers,  :
          Petitioners  :
            :
          v.  :   No. 506 C.D. 2015
            :
Department of Human Services,  :
          Respondent  :

# **O R D E R**

AND NOW, this 14th day of June, 2016, it is hereby ORDERED that the above-captioned opinion filed March 4, 2016, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
MARY HANNAH LEAVITT, President Judge